| | |
|---|---|
| 1 | GEOFFREY A. HANSEN |
| | Acting Federal Public Defender |
| 2 | JODI LINKER |
| | Assistant Federal Public Defender |
| 3 | 19th Floor Federal Building |
| | 450 Golden Gate Avenue |
| 4 | San Francisco, CA 94102 |
| | Telephone: (415) 436-7700 |
| 5 | |
| | Counsel for Defendant KRAMER |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-0837 RS (JCS) |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER MODIFYING CONDITIONS OF |
| | ) | PRETRIAL RELEASE |
| v. | ) | |
| | ) | |
| ALEXANDER PETER KRAMER, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Alexander Peter Kramer was released on a $50,000 bond (secured by $25,000) on October 13, 2011. At that time, he was placed on certain conditions of pretrial release, including electronic monitoring and home confinement with only a limited ability to leave his home. Those conditions were modified by this Court on November 17, 2011.

As Mr. Kramer is doing well on pretrial release and is still endeavoring to find employment, the parties now stipulate and request that Mr. Kramer's conditions be modified to maintain him on electronic monitoring, but to impose a curfew, rather than home confinement. Specifically, the parties agree that Mr. Kramer's bond should be amended to provide as follows:

(1) The Defendant shall comply with the following curfew: 9:00pm to 7:00am; otherwise,

he is not restricted to his home or location. The Defendant shall continue to be subject to electronic monitoring.

All other terms and conditions of the original bond are to remain in place.

The Pretrial Services Office has been consulted on this request and has no objection to this proposed modification.

IT IS SO STIPULATED.

  January 18, 2012                                     /s/
DATED                                             OWEN MARTIKAN
                                                    Assistant United States Attorney

  January 18, 2012                                     /s/
DATED                                             JODI LINKER
                                                    Assistant Federal Public Defender

IT IS SO ORDERED.

  1/18/12
DATED                                             JOSEPH C. SPERO
                                             United States Magistrate Judge