GEOFFREY A. HANSEN
Acting Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant KRAMER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-0837 RS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] |
| | ) | ORDER TO CONTINUE |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| ALEXANDER PETER KRAMER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties jointly request that, subject to the Court's approval, the status conference presently set for March 27, 2012 be continued to April 24, 2012 at 2:30 pm.

The parties are currently in negotiations over a potential resolution of this matter and believe that additional time is necessary to complete those negotiations. Additionally, defense counsel requires additional time to investigate legal and factual matters that are critical to the case and defense counsel is unavailable during the Court's normal criminal calendar for several weeks due to other work obligations. Accordingly, the parties jointly request that the status conference be continued from March 27, 2012 to April 24, 2012.

For the above reasons, the parties stipulate there is good cause – taking into account the

public interest in the prompt disposition of this case – to exclude the time from March 27, 2012 to April 24, 2012 from computation under the Speedy Trial Act, and that failing to exclude that time would unreasonably deny the defendant and his counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties further agree that the ends of justice would be served by excluding the time from March 27, 2012 to April 24, 2012 from computation under the Speedy Trial Act and that the need for the exclusion outweighs the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.


_March 19, 2012_                                        _____/s/_____
DATED                                                          OWEN MARTIKAN
                                                                      Assistant United States Attorney


_March 19, 2012_                                        _____/s/_____
DATED                                                          JODI LINKER
                                                                      Assistant Federal Public Defender



IT IS SO ORDERED.


_3/20/12_____                                      _____
DATED                                                          RICHARD SEEBORG
                                                                      United States District Judge